# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL PONCE PEREZ,<br>Petitioner | No. 3:17cv1617<br><br>(Judge Munley)<br><br>(Magistrate Judge Arbuckle) |
| v. | |
| CLAIRE DOLL, WARDEN,<br>Respondent | |

FILED SCRANTON APR 17 2019 PER _____ DEPUTY CLERK

## ORDER

**AND NOW**, to wit, this 17th day of April 2019, we have before us for disposition Magistrate Judge William I. Arbuckle's report and recommendation, which proposes that the petition for a writ of habeas corpus be dismissed as moot as the Petitioner has been released from immigration detention.

No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice. Accordingly, it is hereby **ORDERED** as follows:

1) The Magistrate Judge's report and recommendation (Doc. 14) is **ADOPTED**;

2) The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** as moot; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court